## Edwards v. The State.

APPEAL from the Circuit Court of Barbour.
Tried before the Hon. J. M. CARMICHAEL.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for the unlawful and wanton killing of a hog, in violation of section 3870 of the Criminal Code of 1886. The judgment of conviction is affirmed.

Opinion by COLEMAN, J.

---

## Dunham Lumber Co. v. Holt.

APPEAL from the Circuit Court of Montgomery.
Tried before the Hon. JOHN R. TYSON.

HORACE STRINGFELLOW, for appellant.

J. M. & P. W. WHITE, contra.

This was a proceeding upon statutory arbitration. Upon the return of the award by the arbitrators into court, an execution was issued against the appellant, the Dunham Lumber Company for a certain specified amount of the award. Thereupon the appellant moved the court to quash the execution upon specified grounds. The court refused to quash said execution and refused the motion to set aside the judgment rendered upon the coming in of the award. The Dunham Lumber Company appeals from this judgment overruling its motion. The judgment is affirmed.

Opinion by HEAD, J.